IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LORRAINE GENNUSO, ) | |
| ) | Case No. 4:07CV00005 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge and the Plaintiff's *Objections*. For the reasons stated in the accompanying *Memorandum Opinion*, I **ADOPT** the Magistrate Judge's *Report and Recommendation*, **OVERRULE** the Plaintiff's *Objections*, and **GRANT** the Defendant's *Motion for Summary Judgment.* Accordingly, this case will be **DISMISSED** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and to the Plaintiff.

Entered this 14th day of January, 2008.

s/Jackson L. Kiser
Senior United States District Judge